# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANDREA MARIA LEIBA | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 18-5249 |
| v. | : | |
| | : | |
| KIVEN DAVIS REAL ESTATE, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 10th day of December, 2018, upon consideration of *pro se* Plaintiff Andrea Maria Leiba's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons set forth in the Court's Memorandum. Plaintiff Andrea Maria Leiba may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*